**NOTE CHANGES MADE BY THE COURT.**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO GARCIA, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>EXTIME PS LLC, (formerly known as The Private State Holdings, LLC), a Limited Liability Company, and DOES 1 through 50, inclusive,<br><br>    Defendants. | **Case No.  2:26-cv-00081-ODW-AJR**<br><br>Honorable Otis D. Wright II<br><br>**ORDER GRANTING STIPULATION TO AMEND; AND**<br><br>**ORDER TO SHOW CAUSE RE REMAND**<br><br>Complaint Filed:  November 12, 2025 |

-1-

**ORDER**

## ORDER

Having reviewed the parties' Stipulation Re: Plaintiff's Leave to Substitute Extime PS Inc. for DOE 1 and The Private Suite LAX LLC for DOE 2, and good cause appearing therefor, IT IS HEREBY ORDERED that:

1.      The Stipulation is **GRANTED**.

2.      Plaintiff is granted leave to substitute Extime PS Inc. for DOE 1 in the above-captioned action.

3.      Plaintiff is granted leave to substitute The Private Suite LAX LLC for DOE 2 in the above-captioned action.

4.      Plaintiff **SHALL FILE** the proposed First Amended Complaint, attached to the Stipulation as **Exhibit A**, within three days of the date of this Order.

5.      The caption of this action is hereby amended to reflect the addition of Extime PS Inc. and The Private Suite LAX LLC as named defendants, and the reduction of the DOE defendants from DOES 1 through 50 to DOES 3 through 50.

6.      Plaintiff shall serve the First Amended Complaint on Extime PS Inc. and The Private Suite LAX LLC in accordance with the Federal Rules of Civil Procedure **within 30 days** of the date of this Order.

7.      All previously set deadlines in the Court's scheduling order remain in effect unless separately modified by the Court.

8.      The parties are **ORDERED TO SHOW CAUSE no later than June 10, 2026,** why the Court should not remand this action to state court in light of the Parties' joinder of a potentially diversity-destroying Defendant.

        **IT IS SO ORDERED.**

Dated:   June 3, 2026 _____

_____
UNITED STATES DISTRICT JUDGE
CENTRAL DISTRICT OF CALIFORNIA

-2-
ORDER